UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMRIDH THAPAR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PINTEREST, INC.,<br><br>　　　　Defendant. | Case No. 19-cv-01473-SI<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ORDERING SERVICE OF PROCESS**<br><br>Re: Dkt. No. 4 |

Plaintiff Smridh Thapar, who is appearing in this case pro se, has requested that the Court grant an extension in this case to allow time for plaintiff to find legal representation. Dkt. No. 4. An initial case management conference in this case is set for June 28, 2019.

The Court GRANTS plaintiff's request for an extension; VACATES the initial case management conference set for June 28, 2019; and **CONTINUES the initial case management conference to August 30, 2019, at 2:30 p.m.**, in Courtroom 1, 17th Floor, of the San Francisco Courthouse located at 450 Golden Gate Avenue. The Court cautions that it will not be inclined to grant another extension of the case management conference and that plaintiff will be expected to appear at this conference even if plaintiff has not secured legal representation by this time. **A joint case management statement is due no later than August 23, 2019.** *See* Civil Local Rule 16-9(a).

Additionally, it appears that defendant has not yet been served in this case. The Court advises that free information is available to pro se litigants from the Legal Help Desk, if needed. Help Desks are located at the San Francisco and Oakland Courthouses and assistance is available by appointment. Phone appointments are also available. To make an appointment, call: (415) 782-8982. *See also* http://cand.uscourts.gov/helpcentersf. The Legal Help Desk can provide plaintiff with information about how to accomplish service of process.

The Clerk's Office has a handbook for pro se litigants, entitled *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*. The handbook is available free of charge from the Clerk's Office or can be downloaded online at: https://www.cand.uscourts.gov/prosehandbook.

**Plaintiff risks dismissal of this case if defendant is not timely served within thirty (30) days of the date of this Order.** *See* Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED**.

Dated: June 27, 2019

_____
SUSAN ILLSTON
United States District Judge