UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SMRIDH THAPAR,

    Plaintiff,

v.

PINTEREST, INC.,

    Defendant.

Case No. 19-cv-01473-SI

**ORDER REFERRING CASE TO FEDERAL PRO BONO PROJECT**

On November 8, 2019, the Court held a case management conference in this employment discrimination case. At the conference plaintiff, who is appearing *pro se*, requested appointment of counsel.

The Court finds that appointment of counsel is appropriate and accordingly REFERS this case to the Federal Pro Bono Project for appointment of counsel for full-scope representation for the remainder of this case.

**IT IS SO ORDERED**.

Dated: November 8, 2019

_____
SUSAN ILLSTON
United States District Judge